UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   **CV 26-812-MWF(RAOx)**                        Date: June 26, 2026

Title      ***Accredited Surety and Casualty Company v. Soft Trans Inc., et al.***


Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |


**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on January 27, 2026.  (Docket No. 1).  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint expired on April 27, 2026.

On April 1 and 2, 2026, Plaintiff filed the following proofs of service:

- Proof of Service on Defendant Harutyan Asatryan (the "Asatryan POS"), reflecting substituted service on March 28, 2026.  (Docket No. 15).
- Proof of Service on Defendant Soft Trans Inc. (the "Soft Trans POS"), reflecting substituted service on March 27, 2026.  (Docket Nos. 16 and 17).

Pursuant to the Asatryan POS and Soft Trans POS, their responses to the Complaint were due on April 28 (Asatryan) and April 27, 2026 (Soft Trans).  No appearance has been entered by either Defendant.

Plaintiff has not filed proof of service as to Defendants Luisa Rubi Sanchez Hernandez, Sergio Rodolfo Sanchez Hernandez, Aris Eliezer Sanchez Hernandez, Davit Asatryan, and Dario Gonzalez.

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 26-812-MWF(RAOx)**                              Date: June 26, 2026

Title      ***Accredited Surety and Casualty Company v. Soft Trans Inc., et al.***

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **JULY 13, 2026**.

- BY PLAINTIFF: PROOFS OF SERVICE of Summons and Complaint on all unserved Defendants.

- BY DEFENDANTS: RESPONSES TO THE COMPLAINT by Defendants.  The parties may also file an appropriate stipulation to extend the time within which Defendants must respond to the Complaint.

     OR

- BY PLAINTIFF: APPLICATIONS FOR CLERK TO ENTER DEFAULT as to Defendants who have not timely responded to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **JULY 13, 2026**, will result in the dismissal of this action.

IT IS SO ORDERED.